# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIVERA, LUIS L | § | Case No. 15-37985 DLT |
| RIVERA, TERESA | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/06/2015 . The undersigned trustee was appointed on 11/06/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     6,556.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 3,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 3,546.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 06/08/2016 and the deadline for filing governmental claims was 06/08/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 889.15 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 889.15 , for a total compensation of $ 889.15 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/04/2017      By: /s/ANDREW J. MAXWELL, TRUSTEE
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-37985   DLT   Judge: DEBORAH L. THORNE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | RIVERA, LUIS L | Date Filed (f) or Converted (c): 11/06/15 (f) |
| | RIVERA, TERESA | 341(a) Meeting Date: 12/14/15 |
| For Period Ending: | 08/04/17 | Claims Bar Date: 06/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCT | 1.50 | 0.00 | | 0.00 | FA |
| Chase Checking Account | | | | | |
| Chase Checking Account | | | | | |
| Debtor amended amount from 3.00 to 1.50 | | | | | |
| 2. SEC DEP | 1,450.00 | 0.00 | | 0.00 | FA |
| Security Deposit with landlord | | | | | |
| 3. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| Used Furniture. Debtor amended amount from 800 to 400 | | | | | |
| 4. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| Used Clothing | | | | | |
| 5. INTEREST IN IRA | 500.00 | 0.00 | | 0.00 | FA |
| 401K | | | | | |
| 6. TORT CLAIM | 3,000.00 | 0.00 | | 6,556.58 | FA |
| Estate pf Felix Jimenez et al. v William Flatley et al. 2011 L 002578 | | | | | |
| Debtor amended amount from 0.00 to 3,000 | | | | | |
| 7. AUTOMOBILE | 15,375.00 | 0.00 | | 0.00 | FA |
| 2012 Dodge Journey (75,000 miles) | | | | | |
| 8. AUTOMOBILE | 8,475.00 | 0.00 | | 0.00 | FA |
| 2012 Dodge Caliber (57,000 miles) | | | | | |
| 9. ALIMONY | 0.00 | 0.00 | | 0.00 | FA |
| Estate pf Felix Jimenez et al. v William Flatley et al. 2011 L 002578 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $30,001.50 | $0.00 | | $6,556.58 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Case 15-37985    Doc 33    Filed 09/22/17    Entered 09/22/17 10:14:20    Desc Main
                           Document      Page 4 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 15-37985    DLT    Judge: DEBORAH L. THORNE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | RIVERA, LUIS L | Date Filed (f) or Converted (c): | 11/06/15 (f) |
| | RIVERA, TERESA | 341(a) Meeting Date: | 12/14/15 |
| | | Claims Bar Date: | 06/08/16 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR in progress, waiting for exemption check to be cleared

wrongful death case settlement resolved; allocation by state court, modest amount to Debtor; Debtor amended exemptions

to take part of settlement; Trustee filed 9019 motion to settle, up 5/11/17; likely small or no distribution to

creditors because of amount of settlement (no way to anticipate size of recovery)

Special counsel reports resolution

initial report of assets filed 3-7-16 re possible tort recovery

investigating Wrongful death case-TC (vm) to Colin Dunn @ bobclifford's office 3-2-16


Initial Projected Date of Final Report (TFR): 12/31/17        Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-37985 -DLT | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | RIVERA, LUIS L | | | Bank Name: | ASSOCIATED BANK |
| | RIVERA, TERESA | | | Account Number / CD #: | *******2961 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4865 | | | | |
| For Period Ending: | 08/04/17 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/17 | 6 | CLIFFORD LAW OFFICE<br>120 N LASALLE SUITE 31 FL<br>CHICAGO IL 60602 | NET SETT PROCEEDS | 1142-000 | 6,556.58 | | 6,556.58 |
| * 06/23/17 | 010001 | Luis L Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTION<br>735 ILCS 5/12-1001(b) | 8100-003 | | 3,000.00 | 3,556.58 |
| * 06/23/17 | 010001 | Luis L Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTION<br>exemption is for ONLY Teresa Rivera<br>Reissue check for TeresaRivera | 8100-003 | | -3,000.00 | 6,556.58 |
| * 06/23/17 | 010002 | Teresa Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTIONS<br>735 ILCS 5/12-1001(b) | 8100-004 | | 3,000.00 | 3,556.58 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,546.58 |
| 07/18/17 | 010003 | Teresa Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTIONS<br>735 ILCS 5/12-1001(b) | 8100-000 | | 3,000.00 | 546.58 |
| * 07/21/17 | 010002 | Teresa Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL<br>Previous check lost in the mail. Made a stop payment<br>and reissue check to Debtor. | 8100-004 | | -3,000.00 | 3,546.58 |

Page Subtotals        6,556.58        3,010.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-37985 -DLT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RIVERA, LUIS L | Bank Name: | ASSOCIATED BANK |
| | RIVERA, TERESA | Account Number / CD #: | *******2961 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4865 | | |
| For Period Ending: | 08/04/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,556.58 | 3,010.00 | 3,546.58 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,556.58 | 3,010.00 | |
| Less: Payments to Debtors | | 3,000.00 | |
| Net | 6,556.58 | 10.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2961 | 6,556.58 | 10.00 | 3,546.58 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,556.58 | 10.00 | 3,546.58 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 04, 2017 |
|---|---|---|---|---|---|---|

| Case Number: | 15-37985 | | Claim Class Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | RIVERA, LUIS L | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $889.15 | $889.15 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $3,912.04 | $3,912.04 |
| 000003A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $196.26 | $196.26 |
| 000004<br>058<br>5800-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, 19101 | Priority | | $0.00 | $2,298.00 | $2,298.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Unsecured | | $0.00 | $317.31 | $317.31 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | Unsecured | | $0.00 | $428.15 | $428.15 |
| 000003B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $49.30 | $49.30 |
| 000005<br>070<br>7100-00 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $589.45 | $589.45 |
| | Case Totals: | | | $0.00 | $8,679.66 | $8,679.66 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-37985 DLT
Case Name: RIVERA, LUIS L
        RIVERA, TERESA
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

| Balance on hand | $ | 3,546.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 889.15 | $ 0.00 | $ 656.80 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,900.00 | $ 0.00 | $ 2,880.89 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 12.04 | $ 0.00 | $ 8.89 |

| Total to be paid for chapter 7 administrative expenses | $ 3,546.58 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,494.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Illinois Department of Revenue | $ 196.26 | $ 0.00 | $ 0.00 |
| 000004 | Internal Revenue Service | $ 2,298.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,384.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 317.31 | $ 0.00 | $ 0.00 |
| 000002 | American InfoSource LP as agent for | $ 428.15 | $ 0.00 | $ 0.00 |
| 000005 | CAPITAL ONE, N.A. | $ 589.45 | $ 0.00 | $ 0.00 |
| 000003B | Illinois Department of Revenue | $ 49.30 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE