# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIVERA, LUIS L | § | Case No. 15-37985 DLT |
| RIVERA, TERESA | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 27,001.50                                   Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  0.00           Claims Discharged
                                                  Without Payment:  3,878.47

Total Expenses of Administration:  3,556.58

---

3) Total gross receipts of $ 6,556.58  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,000.00  (see **Exhibit 2**), yielded net receipts of $ 3,556.58  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,811.19 | 4,811.19 | 3,556.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,494.26 | 2,494.26 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,384.21 | 1,384.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 8,689.66 | $ 8,689.66 | $ 3,556.58 |

4) This case was originally filed under chapter 7 on 11/06/2015 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2017          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1142-000 | 0.20 |
| TORT CLAIM | 1142-000 | 6,556.38 |
| **TOTAL GROSS RECEIPTS** | | **$6,556.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Teresa Rivera | Exemptions | 8100-000 | 3,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 889.15 | 889.15 | 656.80 |
| ASSOCIATED BANK | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 3,900.00 | 3,900.00 | 2,880.89 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 12.04 | 12.04 | 8.89 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,811.19 | $ 4,811.19 | $ 3,556.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 196.26 | 196.26 | 0.00 |
| 000004 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 2,298.00 | 2,298.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,494.26 | $ 2,494.26 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 317.31 | 317.31 | 0.00 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 428.15 | 428.15 | 0.00 |
| 000005 | CAPITAL ONE, N.A. | 7100-000 | NA | 589.45 | 589.45 | 0.00 |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 49.30 | 49.30 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,384.21 | $ 1,384.21 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-37985   DLT   Judge: DEBORAH L. THORNE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RIVERA, LUIS L | Date Filed (f) or Converted (c): | 11/06/15 (f) |
| | RIVERA, TERESA | 341(a) Meeting Date: | 12/14/15 |
| For Period Ending: | 10/27/17 | Claims Bar Date: | 06/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCT | 1.50 | 0.00 | | 0.00 | FA |
| Chase Checking Account | | | | | |
| Chase Checking Account | | | | | |
| Debtor amended amount from 3.00 to 1.50 | | | | | |
| 2. SEC DEP | 1,450.00 | 0.00 | | 0.00 | FA |
| Security Deposit with landlord | | | | | |
| 3. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| Used Furniture. Debtor amended amount from 800 to 400 | | | | | |
| 4. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| Used Clothing | | | | | |
| 5. INTEREST IN IRA | 500.00 | 0.00 | | 0.00 | FA |
| 401K | | | | | |
| 6. TORT CLAIM | 3,000.00 | 0.00 | | 6,556.38 | FA |
| Estate pf Felix Jimenez et al. v William Flatley et al. 2011 L 002578 | | | | | |
| Debtor amended amount from 0.00 to 3,000 | | | | | |
| 7. AUTOMOBILE | 15,375.00 | 0.00 | | 0.00 | FA |
| 2012 Dodge Journey (75,000 miles) | | | | | |
| 8. AUTOMOBILE | 8,475.00 | 0.00 | | 0.00 | FA |
| 2012 Dodge Caliber (57,000 miles) | | | | | |
| 9. ALIMONY | 0.00 | 0.00 | | 0.00 | FA |
| Estate pf Felix Jimenez et al. v William Flatley et al. 2011 L 002578 | | | | | |
| TOTALS (Excluding Unknown Values) | $30,001.50 | $0.00 | | $6,556.38 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Case 15-37985    Doc 40    Filed 11/27/17    Entered 11/27/17 15:07:29    Desc Main
Document      Page 7 of 9

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-37985   DLT   Judge: DEBORAH L. THORNE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | RIVERA, LUIS L | Date Filed (f) or Converted (c): | 11/06/15 (f) |
| | RIVERA, TERESA | 341(a) Meeting Date: | 12/14/15 |
| | | Claims Bar Date: | 06/08/16 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR in progress, waiting for exemption check to be cleared

wrongful death case settlement resolved; allocation by state court, modest amount to Debtor; Debtor amended exemptions to take part of settlement; Trustee filed 9019 motion to settle, up 5/11/17; likely small or no distribution to creditors because of amount of settlement (no way to anticipate size of recovery)

Special counsel reports resolution

initial report of assets filed 3-7-16 re possible tort recovery

investigating Wrongful death case-TC (vm) to Colin Dunn @ bobclifford's office 3-2-16


Initial Projected Date of Final Report (TFR): 12/31/17      Current Projected Date of Final Report (TFR): 12/31/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 15-37985 -DLT | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RIVERA, LUIS L | | Bank Name: | ASSOCIATED BANK |
| | RIVERA, TERESA | | Account Number / CD #: | *******2961 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4865 | | | |
| For Period Ending: | 10/27/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/17 | 6 | CLIFFORD LAW OFFICE<br>120 N LASALLE SUITE 31 FL<br>CHICAGO IL 60602 | NET SETT PROCEEDS | 1142-000 | 6,556.58 | | 6,556.58 |
| * 06/23/17 | 010001 | Luis L Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTION<br>735 ILCS 5/12-1001(b) | 8100-003 | | 3,000.00 | 3,556.58 |
| * 06/23/17 | 010001 | Luis L Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTION<br>exemption is for ONLY Teresa Rivera<br>Reissue check for TeresaRivera | 8100-003 | | -3,000.00 | 6,556.58 |
| * 06/23/17 | 010002 | Teresa Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTIONS<br>735 ILCS 5/12-1001(b) | 8100-004 | | 3,000.00 | 3,556.58 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,546.58 |
| 07/18/17 | 010003 | Teresa Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | DEBTOR EXEMPTIONS<br>735 ILCS 5/12-1001(b) | 8100-000 | | 3,000.00 | 546.58 |
| * 07/21/17 | 010002 | Teresa Rivera<br>1074 Elmwood Lane<br>Elk Grove Village, IL 60007 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL<br>Previous check lost in the mail. Made a stop payment and reissue check to Debtor. | 8100-004 | | -3,000.00 | 3,546.58 |
| 10/18/17 | 010004 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | TTEE COMP AND EXP.<br>o/c 10/17/2017 | 2100-000 | | 656.80 | 2,889.78 |
| 10/18/17 | 010005 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | ATTY COMP AND EXPENSES<br>o/c 10/17/2017 | | | 2,889.78 | 0.00 |
| | | | Fees            2,880.89 | 3110-000 | | | |
| | | | Page Subtotals | | 6,556.58 | 6,556.58 | |

Ver: 20.00e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 15-37985 -DLT | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | RIVERA, LUIS L | | Bank Name: | ASSOCIATED BANK |
| | RIVERA, TERESA | | Account Number / CD #: | *******2961 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4865 | | | |
| For Period Ending: | 10/27/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses     8.89 | 3120-000 | | | |

|  | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 6,556.58 | 6,556.58 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,556.58 | 6,556.58 | |
| Less: Payments to Debtors | | 3,000.00 | |
| Net | 6,556.58 | 3,556.58 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2961) | 6,556.58 | 3,556.58 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,556.58 | 3,556.58 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.00e